## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 512 - 2 | **DATE** | 6/26/2008 |
| **CASE TITLE** | USA vs. Michael Charles May | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 6/25/08.
The defendant is informed of his rights. Enter order appointing Mary Judge as counsel for defendant for these proceedings only. Preliminary examination set for 7/7/08 at 10:30 a.m. The Defendant waives his right to a detention hearing without prejudice to his right to address the issue of bond at a later date. The defendant is ordered detained until further order of court, *AK*

Docketing to mail notices.

| | Courtroom Deputy Initials: | AC |
|---|---|---|