## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 512-1 | **DATE** | 7/7/2008 |
| **CASE TITLE** | USA v May | | |

**DOCKET ENTRY TEXT**

The Defendant waives his right to preliminary examination. Enter a finding of probable cause. The Defendant is ordered Bound to the District Court for further proceedings. Counsel for Defendant informed the Court that the Defendant suffers from diabetes for which he needs to be able to be active. He states that he is not able to move around at the Kankakee facility at which he is being held. The Court is informing the warden of the Defendant's concern for informational purposes. The Warden may take whatever actions he deems necessary. *AK*

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | AC |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUL -8 AM 11:48
FILED

CR      Page 1 of 1