## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    **FILED** Case Number:

U S v Michael Charles May  JUL 7 - 2008  08 CR 512

MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Michael May

| NAME (Type or print) |
|---|
| J. CLIFFORD GREENE, JR |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Clifford Greene, Jr |

| FIRM |
|---|
| LAW OFFICE OF J. CLIFFORD GREENE, JR |

| STREET ADDRESS |
|---|
| 53 W. JACKSON BLVD SUITE 1304 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | 312 - 663 - 1400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]        APPOINTED COUNSEL [X]