*TC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 512 |
| | ) | |
| v. | ) | Violations: Title 18, United States |
| | ) | Code, Sections 2113(a) and 2 |
| | ) | |
| AARON T. SMITH and | ) | **F I L E D** |
| MICHAEL CHARLES MAY | ) | |

**AUG 2 1 2008  T C**

**COUNT ONE**

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

The SPECIAL FEBRUARY 2008-2 GRAND JURY charges:

On or about June 25, 2008, at Joliet, in the Northern District of Illinois, Eastern Division,

AARON T. SMITH and
MICHAEL CHARLES MAY,

defendants herein, by intimidation, did take from the person and presence of bank employees

approximately $17,951.00 in United States Currency belonging to and in the care, custody, control,

management, and possession of First Midwest Bank, 1415 West Jefferson St., Joliet, Illinois, the

deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT TWO

The SPECIAL FEBRUARY 2008-2 GRAND JURY further charges:

On or about May 22, 2008, at Joliet, in the Northern District of Illinois, Eastern Division,

### AARON T. SMITH,

defendant herein, by intimidation, did take from the person and presence of bank employees approximately $10,500.00 in United States Currency belonging to and in the care, custody, control, management, and possession of Merchants and Manufacturers Bank, 601 East Cass, Joliet, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT THREE

The SPECIAL FEBRUARY 2008-2 GRAND JURY further charges:

On or about May 16, 2008, at Joliet, in the Northern District of Illinois, Eastern Division,

### MICHAEL CHARLES MAY,

defendant herein, by intimidation, did take from the person and presence of bank employees approximately $3,773.00 in United States Currency belonging to and in the care, custody, control, management, and possession of Harris Bank, 78 North Chicago Street, Joliet, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY