## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 512 - 2 | **DATE** | 8/26/2008 |
| **CASE TITLE** | USA vs. Michael Charles May | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant informed of his rights. Defendant waives formal reading of indictment. Defendant enters plea of not guilty to each charge and all counts of the Indictment. Rule 16.1(A) conference to be held on or before 09/02/08. Pretrial motions shall be filed on or before 09/12/08. Response to pretrial motions shall be filed on or before 09/22/08. Status hearing before Judge Bucklo set for 09/19/08 at 10:00 a.m. On the government's motion and the defendant not objecting, the court finds that the time until the status before the District Judge shall be excluded pursuant to 18 U.S.C. § 3161(h)(1) and *U.S. v. Tibboel*, 753 F.2d 608 (7th Cir. 1985). (X-T). Defendant shall remain in custody pending trial or until further order of the Court. Defendant May informs the Court that, notwithstanding the order of his own treating physician, the medical personnel at Kankakee County Jail are not allowing him to take his prescriptions and his health is suffering. Defendant May claims he is a diabetic. The medical personnel at Kankakee County Jail are directed to confer (if they have not already done so) with Defendant May's treating professional regarding his medical needs.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | NTF |
|---|---|---|